| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Western Power & Steam, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GE Packaged Power LLC<br>P.O. Box 100371<br>Atlanta, GA 30384 | | Vendor | | | | $1,289,570.00 |
| Brush SEM s.r.o.<br>Edvarda Benes`e 564/39<br>Plzen 30100<br>Czech Republic | | Vendor | | | | $1,168,000.00 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899 | | Utilities | | | | $24,684.55 |
| Argo Chemical<br>30933 Imperial Street<br>Shafter, CA 93263 | | Vendor | | | | $14,650.25 |
| Nalco Company<br>P.O. Box 730005<br>Dallas, TX 75373 | | Vendor | | | | $12,300.43 |
| SJVAPCD<br>34946 Flyover Court<br>Bakersfield, CA 93308 | | Vendor | | | | $10,322.00 |
| Aeros Environmental Inc.<br>18828 Highway 65<br>Bakersfield, CA 93308 | | Vendor | | | | $6,075.00 |
| Dawn Calderwood<br>P.O. Box 80221<br>Bakersfield, CA 93380 | | Shut In | | | | $5,251.90 |
| T&T Truck & Crane Service<br>P.O. Box 1748<br>Ventura, CA 93002 | | Vendor | | | | $5,135.00 |

Debtor  **Western Power & Steam, Inc.**                     Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pence Petroleum Co.<br>P.O. Box 1048<br>Fresno, CA 93714 | | Vendor | | | | $4,382.18 |